# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE GALLOWAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 15-00345 (VEB)<br><br>ORDER GRANTING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) and costs of FOUR HUNDRED AND 00/100 ($400), subject to the terms of the Stipulation.

DATED this 1st day of March, 2017

　　　　　　　　　　　　　　　　　/s/Victor E. Bianchini
　　　　　　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER – GALLOWAY v COLVIN 15-CV-00345-VEB